IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00036-RPM-20

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MICHAEL KENYON,

       Defendant.

---

ORDER TERMINATING PROBATION UNSATISFACTORILY

---

       This matter is before the Court upon the report of the Probation Office that the period of probation imposed upon defendant, Michael Kenyon, is scheduled to terminate on July 24, 2008, and that adjustment to probation has not been satisfactory.

       On December 5, 2006, the defendant was arrested by the Douglas County Sheriff's Office and was charged with Theft $500-$15,000 (two counts), Felony 4; Burglary 2- Of Dwelling, Felony 3; Burglary 2- Of Building, Felony 4; Criminal Mischief $500-$15,000, Felony 4; Possession of Burglary Tools, Felony 6; and Conspiracy to Commit Theft $500-$15,000, Douglas County, District Court, Case Number 06CR849.

       On September 14, 2007, the defendant pled guilty to Count 1, Theft $500-$15,000, Felony 4. All other counts were dismissed.

       On March 24, 2008, the defendant was sentenced to six (6) years COMCOR (community corrections) and ordered to pay restitution in the amount of $13,394.17. The defendant was remanded into custody pending community corrections placement. The defendant is currently serving his state sentence.

Upon review of the files and records herein, and the reports from the Probation Office, the Court finds that adjustment to probation has not been satisfactory, in that the defendant pled guilty to Theft $500-$15,000, Felony 4, for an offense that occurred on December 5, 2006. Upon further consideration of this matter, it is

ORDERED that probation shall terminate unsatisfactorily.

DATED at Denver, Colorado, this 21st day of April, 2008.

BY THE COURT:

Richard P. Matsch
Senior United States District Judge